DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

VANDA GLOVER,

Appellant,

v.

LINDA GUYETTE,

Appellee.

No. 2D2025-3110

_____

July 10, 2026

Appeal from the County Court for Hillsborough County; Branden Henderson, Judge.

Vanda Glover, pro se.

No appearance for Appellee.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.